No. 26-3170

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NUIQSUT TRILATERAL, INC.,
*Plaintiff/Appellee*,

v.

BURGUM, et al.,
*Defendants/Appellants*.

Appeal from the United States District Court for the District of Alaska
No. 3:26-cv-98 (Hon. Sharon L. Gleason)

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OPENING BRIEF**

Federal Appellants Secretary of the Interior Doug Burgum, et al., respectfully request a 21-day extension of time, to July 6, 2026, to file an opening brief in this appeal. Currently, the opening brief is due June 15, 2026. This is Federal Appellants' first request for an extension of the opening brief's deadline. Undersigned counsel conferred with counsel for Plaintiff-Appellee Nuiqsut Trilateral, Inc., and Intervenor State of Alaska; those parties do not oppose the requested extension.

The Court may grant a motion for an extension of time upon a showing of good cause. Fed. R. App. P. 26(b). "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The attached declaration of undersigned counsel explains in detail the good cause for this extension. Briefly, good cause exists for this motion because the Solicitor General has not authorized appeal in this case and additional time is warranted to allow the Solicitor General to make the decision regarding whether the United States will appeal. Additional time is also warranted to allow the government to prepare and finalize an opening brief if an appeal is authorized.

For these reasons and those in the attached declaration, Federal Appellants respectfully request that the June 15, 2026, deadline for the opening brief be extended by 21 days, up to and including July 6, 2026.

3

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

/s/ *Kyle Glynn*
KYLE GLYNN
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-9568
kyle.glynn@usdoj.gov

June 8, 2026
DJ 90-1-4-18103

## DECLARATION OF COUNSEL
## IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME

I, Kyle Glynn, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney in the Appellate Section, Environment and Natural Resources Division, U.S. Department of Justice. I am lead counsel for Federal Appellants in this appeal, and, in the event appeal is authorized, I am principally responsible for preparing and filing the government's opening brief.

2. Under the current briefing schedule, the opening brief is currently due June 15, 2026. If the motion is granted, the opening brief will be due July 6, 2026.

3. This is Federal Appellants' first request for an extension of the opening brief's deadline.

4. In addition to conducting all litigation before the Supreme Court in which the federal government has an interest, the Solicitor General is responsible for determining whether, and to what extent, the United States will pursue an appeal in every case in which the federal government receives an adverse judgment. *See* 28 C.F.R. § 0.20. Deliberation in this case is ongoing and, as of the date of this motion, there is not yet a final decision regarding whether the United States will appeal from the preliminary injunction. Federal Appellants filed a protective notice of appeal in this case because the time for appeal would have expired before a decision by the Solicitor General. *See United States v. Hill*, 19 F.3d 984, 991 n.6 (5th Cir. 1994).

4

5. A 21-day extension is warranted to give the United States sufficient time to provide thoughtful consideration regarding whether and what issues to appeal, which is desirable as a matter of public policy, *cf. United States v. Mendoza*, 464 U.S. 154, 161 (1984) (discussing the federal government's unique considerations taken into account by the Solicitor General in deciding whether to appeal adverse decisions), and to provide sufficient time for me to complete an opening brief in this case.

6. Should the Solicitor General authorize appeal from the preliminary injunction in this case, I would also need additional time to complete a draft opening brief. I have been responsible for several other matters that have required significant time since Federal Appellants filed the May 15, 2026, notice of appeal. Among other matters, I have devoted extensive time to *Illinois Office of Attorney General v. U.S. Department of Energy*, Nos. 25-1193, 25-1194, 25-1287, 25-1288 (D.C. Cir.) (consolidated), where the government (1) moved for an abeyance on May 21, 2026, (2) filed a reply in support of that motion on June 8, 2026, and (3) must prepare an answering brief that is currently due July 17, 2026. I have also been handling procedural matters in similar D.C. Circuit cases concerning Department of Energy emergency orders pursuant to Section 202(c) of the Federal Power Act. *See*, *e.g.*, *State of Colorado v. U.S. Dep't of Energy*, Nos. 26-1059, 26-1060, 26-1101 (D.C. Cir.) (consolidated) (where the government moved for an abeyance on June 4, 2026).

I have devoted substantial time to *Center for Biological Diversity v. Surface Transportation Board*, No. 22-1020 (D.C. Cir.), which involves a pending application for attorney's fees and expenses. And I have also devoted extensive time to work regarding a pending district court matter (because the United States has not made a decision regarding whether to participate in that matter, the case name is omitted here).

7. Counsel for Federal Appellants must also coordinate the drafting of the opening brief with responsible officials in the Department of the Interior, as well as with all interested components of the Department of Justice's Environment and Natural Resources Division. Because of this lengthy review process, Federal Appellees' brief must be substantially complete well in advance of the filing date.

8. I consulted counsel for the other parties. Counsel for Plaintiff-Appellee Nuiqsut Trilateral conveyed that Nuiqsut Trilateral does not oppose this motion. Counsel for Intervenor State of Alaska conveyed that the State does not oppose this motion.

9. I have exercised diligence in this matter and Federal Appellants will endeavor file the opening brief by the requested due date if the Solicitor General authorizes appeal.

10. No court reporters are in default on any designated transcripts.

11.     For these reasons, Federal Appellants respectfully request that this Court grant a 21-day extension of time to file an opening brief, up to and including July 6, 2026.

I declare under penalty of perjury that the above is true and correct. Executed June 8, 2026, in Washington, D.C.

/s/ *Kyle Glynn*
KYLE GLYNN
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-9568
kyle.glynn@usdoj.gov

*Counsel for Federal Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d) of the Federal Rules of Appellate Procedure as the motion contains 235 words and the declaration in support contains 728 words according to the count of Microsoft Word and has been prepared in a proportionally-spaced typeface using Times New Roman 14 point font.

/s/ *Kyle Glynn*
KYLE GLYNN

*Counsel for Federal Appellants*