No. 26-3170

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NUIQSUT TRILATERAL, INC.,
*Plaintiff/Appellee*,

v.

BURGUM, et al.,
*Defendants/Appellants*.

Appeal from the United States District Court for the District of Alaska
No. 3:26-cv-98 (Hon. Sharon L. Gleason)

**FEDERAL APPELLANTS' UNOPPOSED MOTION
FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Federal Appellants hereby move to voluntarily dismiss the above-captioned appeal, with each party to bear its own costs, if any, incurred in connection with the appeal to date. Undersigned counsel conferred with counsel for Plaintiff-Appellee Nuiqsut Trilateral, Inc., and Intervenor State of Alaska; those parties do not oppose this motion. Federal Appellants' motion for an extension of time to file an opening brief (Doc. 10, filed June 29, 2026) is now moot.

1

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

/s/ *Kyle Glynn*
KYLE GLYNN
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-9568
kyle.glynn@usdoj.gov

*Counsel for Federal Appellants*

July 1, 2026
DJ 90-1-4-18103

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system.  I certify that all participants in the case are registered ACMS users and that service will be accomplished by the ACMS system.

/s/ *Kyle Glynn*
KYLE GLYNN

Counsel for Federal Appellants